[No. 1347.]

THE PEOPLE EX REL. ROLLINS V. THE BOARD OF COUNTY COMMISSIONERS OF RIO GRANDE COUNTY.

OPINION FOLLOWED.

This case is reversed on the same grounds as stated in the opinion in the case of *The People ex rel. Reynolds v. The Board of County Commissioners of Rio Grande County, ante*, p. 124.

*Error to the District Court of Rio Grande County.*

Messrs. PATTERSON, RICHARDSON & HAWKINS, for plaintiff in error.

Mr. IRA J. BLOOMFIELD, Mr. C. M. CORLETT and Mr. JESSE STEPHENSON, for defendants in error.

THOMSON, P. J., delivered the opinion of the court.

In this case the judgment against the county was recovered by Albert W. Burrows, and by him transferred to this relator, Rollins. Eight of the warrants issued upon the judgment, amounting to $3,502.77, were paid. Otherwise the case is like the case of People ex rel. Reynolds against Rio Grande County, *ante*, p. 124, and requires the same disposition. The

judgment should be credited with the amount paid, and mandamus issued to compel the payment of the residue, in accordance with instructions contained in the opinion in the *Reynolds* case. The judgment in this case is reversed and remanded for further proceedings in conformity with those instructions.

*Reversed.*

WILSON, J., not sitting.

OPINION FOLLOWED.
This case is reversed on the same grounds as stated in the opinion in the case of *The People ex rel. Reynolds v. The Board of County Commissioners of Rio Grande County, ante,* p. 124.

Messrs. PATTERSON, RICHARDSON & HAWKINS, for plaintiff in error.

Mr. IRA J. BLOOMFIELD, Mr. C. M. CORLETT, and Mr. JESSE STEPHENSON, for defendants in error.